UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CASE NO. CR 13-00126-ODW<br>13-MJ-260 |
| ANTUAN DUANE DUNLAP, | ) | |
| | ) | LOS ANGELES, CALIFORNIA |
| DEFENDANT. | ) | FEBRUARY 11, 2013<br>(3:17 P.M. TO 3:20 P.M.) |

DETENTION HEARING
BEFORE THE HONORABLE CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| APPEARANCES: | SEE NEXT PAGE |
| COURT REPORTER: | RECORDED; COURT SMART |
| COURTROOM DEPUTY: | DONNA THOMAS |
| TRANSCRIBER: | DOROTHY BABYKIN<br>COURTHOUSE SERVICES<br>1218 VALEBROOK PLACE<br>GLENDORA, CALIFORNIA 91740<br>(626) 963-0566 |

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

APPEARANCES: (CONTINUED)

FOR THE PLAINTIFF:

ANDRÉ BIROTTE, JR.
UNITED STATES ATTORNEY
ROBERT DUGDALE
CHIEF, CRIMINAL DIVISION
ASSISTANT UNITED STATES ATTORNEY
BY: JAY ROBINSON
ASSISTANT UNITED STATES ATTORNEY
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

FOR THE DEFENDANT:

LAW OFFICE OF LAWRENCE JAY LITMAN
BY: LAWRENCE JAY LITMAN
ATTORNEY AT LAW
515 SOUTH FLOWER STREET
SUITE 3600
LOS ANGELES, CALIFORNIA 90071

I N D E X

CASE NO. CR 13-00126-ODW FEBRUARY 11, 2013
13-MJ-260

PROCEEDINGS: DETENTION HEARING

LOS ANGELES, CALIFORNIA; MONDAY, FEBRUARY 11, 2013; 3:17 P.M.

THE COURT: GOOD AFTERNOON.

MR. ROBINSON: GOOD AFTERNOON, YOUR HONOR.

MR. LITMAN: GOOD MORNING, YOUR HONOR.

THE COURT: YOU MAY BE SEATED.

THE CLERK: CALLING CASE NUMBER MJ-13-260, UNITED STATES OF AMERICA VERSUS ANTUAN DUNLAP.

COUNSEL.

MR. ROBINSON: GOOD AFTERNOON, YOUR HONOR.

JAY ROBINSON ON BEHALF OF THE UNITED STATES.

THE COURT: GOOD AFTERNOON.

MR. LITMAN: GOOD AFTERNOON, YOUR HONOR.

LAWRENCE LITMAN ON BEHALF OF DEFENDANT, WHO IS PRESENT -- MR. ANTUAN DUNLAP, WHO IS PRESENT AND IN CUSTODY.

THE COURT: THANK YOU.

OKAY. WE CONTINUED THE DETENTION HEARING TO TODAY.

CAN I GET THE GOVERNMENT'S PROFFER.

MR. ROBINSON: YES, YOUR HONOR.

THE GOVERNMENT AT THIS TIME PROFFERS THE CHARGING INSTRUMENT AND ITS SUPPORTING AFFIDAVIT, THE PRETRIAL SERVICES REPORT. AND WE SUBMIT ON ITS RECOMMENDATION FOR DETENTION.

THE COURT: COUNSEL.

MR. LITMAN: YOUR HONOR, WE HAVEN'T BEEN ABLE TO SECURE AN APPROPRIATE BOND AT THIS TIME. SO, WE'RE GOING TO SUBMIT WITHOUT PREJUDICE TO OBTAIN SOME FURTHER BONDS AND COME

BACK FOR A REHEARING --

THE COURT: OKAY.

MR. LITMAN: -- IF WE FIND SUCH.

THE COURT: OKAY.

WELL, THE COURT HAS CONSIDERED THE GOVERNMENT'S REQUEST FOR DETENTION AND FINDS THAT ON THE CURRENT RECORD THERE'S NO CONDITION OR COMBINATION OF CONDITIONS THAT WILL REASONABLY ASSURE THE DEFENDANT'S APPEARANCE AS REQUIRED AND THE SAFETY OF THE COMMUNITY.

AND THE COURT FINDS THAT DEFENDANT HAS NOT REBUTTED BY SUFFICIENT EVIDENCE TO THE CONTRARY THE PRESUMPTION PROVIDED BY STATUTE.

THE COURT HAS CONSIDERED THE NATURE AND CIRCUMSTANCES OF THE OFFENSE CHARGED, INCLUDING WHETHER THE CRIME -- THE OFFENSE IS A CRIME OF VIOLENCE, TERRORISM, INVOLVES A MINOR VICTIM OR A CONTROLLED SUBSTANCE, FIREARM, EXPLOSIVE, OR DESTRUCTIVE DEVICE, THE WEIGHT OF EVIDENCE AGAINST THE DEFENDANT, THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT, AND THE NATURE AND SERIOUSNESS OF THE DANGER TO ANY PERSON OR THE COMMUNITY.

THE COURT BASES ITS FINDING WITH RESPECT TO RISK OF NON-APPEARANCE ON THE NATURE OF THE CURRENT CHARGES -- THE FACT THAT DEFENDANT APPEARS TO HAVE BEEN ON PROBATION AT THE TIME OF THE ALLEGED OFFENSE AND THE LACK OF IDENTIFIED SURETIES OR BAIL RESOURCES AT THIS -- AT THIS TIME.

WITH RESPECT TO DANGER TO THE COMMUNITY, THAT'S BASED ON THE NATURE OF THE CURRENT CHARGES AND DEFENDANT'S CRIMINAL HISTORY AND GANG ASSOCIATION.

IT'S ORDERED THAT THE DEFENDANT BE DETAINED PRIOR TO TRIAL. THAT IS AN ORDER WITHOUT PREJUDICE.

IT'S FURTHER ORDERED THAT THE DEFENDANT BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR CONFINEMENT IN A FACILITY SEPARATE TO THE EXTENT PRACTICABLE FOR PERSONS AWAITING OR SERVING SENTENCE OR HELD PENDING APPEAL, AND THAT HE BE AFFORDED A REASONABLE OPPORTUNITY FOR PRIVATE CONSULTATION WITH COUNSEL.

WE DIDN'T SET THE DATES. SO, WE'LL BE SETTING THE PRELIMINARY HEARING THEN FOR FEBRUARY 22ND, 2013 AT 4:30 P.M. BEFORE THE DUTY JUDGE IN COURTROOM 341 IN THIS BUILDING.

POST-INDICTMENT ARRAIGNMENT WILL BE FEBRUARY 28TH, 2013 AT 1:00 P.M. BEFORE THE DUTY JUDGE IN COURTROOM 341.

OKAY. THANK YOU.

MR. ROBINSON: THANK YOU, YOUR HONOR.

MR. LITMAN: THANK YOU, YOUR HONOR.

THE CLERK: COURT IS IN RECESS.

(PROCEEDINGS CONCLUDED 3:20 P.M.)

C E R T I F I C A T E

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

/S/ DOROTHY BABYKIN 3/19/14

FEDERALLY CERTIFIED TRANSCRIBER DATED

DOROTHY BABYKIN