DUPLICATE ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
APR - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JURY NOTE

Redacted Signature

| | |
|---|---|
| United States of America, Plaintiffs, v. Antuan Duane Dunlap, Defendants. | Case No. **CR 13-126-JFW**<br>NOTE # 1 FROM THE JURY<br>TIME: 1:47 P.M. |

THE COURT having been notified of

_____ The jury has reached a unanimous verdict.

_____ The jury advises the Court of the following:

_____ The jury requests the following:

DEFINE COMMERCE IN COUNT TWO.

Dated: 4-9-15

Signed: ____________________
Foreperson of the Jury